**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7755**

---

GEORGE WILLIAMS,

                                  Plaintiff - Appellant,

      versus

MICHAEL SHEEDY, Warden; JANIE W. ROUSE; JAMES
BLACKWELL, Major; KENNETH SHARP, Lieutenant;
NURSE HILL,

                                  Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(CA-03-1439)

---

Submitted: January 15, 2004        Decided:  January 28, 2004

---

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

George Williams, Appellant Pro Se. Norma Anne Turner Jett, EARLY &
NESS, Bamberg, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Williams v. Sheedy</u>, No. CA-03-1439 (D.S.C. filed Oct. 3, 2003 & entered Oct. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>